IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

SHARON WHEELER                                                                                          PLAINTIFF

VS.                                                          CIVIL ACTION NO. 5:05CV108-DCB-JCS

JOHN CORNELL AND
MEGA GULF COAST LINES, INC.                                                          DEFENDANTS

## JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for hearing on motion of the parties *ore tenus* to dismiss the plaintiff's cause of action with prejudice, and this Court, having considered the same and being fully advised in the premises and it appearing that this entire cause has been compromised and settled as between and among the parties, is of the opinion that said motion is well-taken and should be, and the same is hereby, granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause be, and the same is hereby, dismissed with prejudice, with the parties to bear their respective costs.

SO ORDERED AND ADJUDGED, this the 19th day of July, 2006.

S/DAVID BRAMLETTE
UNITED STATES DISTRICT COURT JUDGE

APPROVED AND AGREED TO:

/s/ Derek L. Hall
DEREK L. HALL AND ROBERT OGLETREE,
ATTORNEYS FOR PLAINTIFF

/s/ B. Stevens Hazard
B. STEVENS HAZARD, ATTORNEY FOR DEFENDANT

4570-11353JSK